AO 91 (Rev. 5/85)

# United States District Court

DISTRICT OF COLUMBIA

In re approximately $164,900 deposited into
Bragg Mutual Federal Credit Union account 3366588
and all proceeds traceable thereto; approximately
$92,885.00 initially deposited into Bragg Mutual Federal
Credit Union account 42825890 and all proceeds traceable
thereto; approximately $210,000 initially deposited into
First Citizens Bank account 000348807327 and
all proceeds traceable thereto; a 2004 Toyota Sienna VIN
5TDZA22CX4S120818; and a 2004 Chevrolet Colorado Truck
1GCDT136048222172; a 2004 Lexus LS 430 VIN JTHBN36F840153933;
four Breitling watches, serial numbers 437469, 437848, 780889,
and 3631224; a 6 ct. round diamond ring; a 1.66 ct. sapphire
and 1.12 ct. diamond ring; a diamond and platinum ring;
three diamond rings; a men's Avenger Chronometer;
a 2.54 ct. sapphire necklace; and a set of hoop earrings.

                        **APPLICATION AND AFFIDAVIT**
                        **FOR SEIZURE WARRANT**

                        **Case number:**

    I, the undersigned affiant Special Agent Randolph O. Gregory, being duly sworn, hereby state that I am a Special Agent of the Internal Revenue Service and have reason to believe that in the Eastern District of North Carolina there is now certain property which is subject to forfeiture to the United States pursuant to Title 18 U.S.C. §§ 981 and 984, namely,

        A.  One 2004 Toyota Sienna VIN 5TDZA22CX4S120818 purchased by or on behalf of STEIN'S spouse on or about February 9, 2004;

1

B. One Chevrolet Colorado Truck VIN 1GCDT136048222172 purchased by or on behalf of STEIN on or about October 8, 2004;

C. One 2004 Lexus LS 430 VIN JTHBN36F840153933 purchased by or on behalf of Stein's companion on or about April 30, 2004;

D. Two bank accounts at Bragg Mutual Federal Credit Union Fayetteville, North Carolina, account numbers 3366588 and 4282589, in the name of STEIN and/or his spouse, and all proceeds traceable thereto; and

E. One bank account at First Citizens Bank, Raleigh, North Carolina, account number 000348807327, in the name of Esther Crane, and all proceeds traceable thereto; and

F. Jewelry purchased by or on behalf of STEIN, identified as follows:

1. Two Breitling watches, serial numbers 437469 and 437848, purchased on or about January 31, 2004, for approximately $3,200 each;

2. One Breitling watch, serial number 3631224, purchased on or about March 5, 2004, for approximately $3,200.

3. A 6 ct. round diamond ring purchased on or about March 17, 2004, for approximately $6,900;

4. A 1.66 ct. sapphire and 1.12 ct. diamond ring purchased on or about March 17, 2004, for approximately $3,400;

5. A diamond and platinum ring purchased on or about April 21, 2004, for approximately $13,878.50;

6. One diamond ring purchased on or about December 22, 2004, for approximately $46,000;

7. One diamond ring setting purchased on or about December 22, 2004, for

approximately $7,757.

8. One diamond ring setting purchased on or about December 22, 2004, for approximately $6,215.

9. One Men's Avenger Chronometer on or about December 22, 2004, for approximately $287.37.

10. One Breitling watch, serial number 780889, purchased on or about February 17, 2005, for approximately $3,200;

11. One 2.54 ct. sapphire necklace purchased on or about February 17, 2005, for approximately $6,000; and

12. One set of hoop earrings purchased on or about February 17, 2005, for approximately $425.

The facts to support a finding of probable cause for issuance of a seizure warrant are based on the facts as stated in the attached Affidavit which is made a part hereof.


Signature of Affiant:       _____
                            **Randolph O. Gregory, Jr.**
                            **Special Agent, IRS Criminal Investigation**

**Sworn to before me and subscribed in my presence on Nov. ___, 2005, in Washington, D.C.**

_____
Signature of Judicial Officer                    _____, U.S. Magistrate Judge