# United States District Court

DISTRICT OF ____COLUMBIA____

In the Matter of the Seizure of

**In re approximately $164,900 deposited into Bragg Mutual Federal Credit Union account 3366588 and all proceeds traceable thereto; approximately $92,885.00 initially deposited into Bragg Mutual Federal Credit Union account 42825890 and all proceeds traceable thereto; approximately $210,000 initially deposited into First Citizens Bank account 000348807327 and all proceeds traceable thereto; a 2004 Toyota Sienna VIN 5TDZA22CX4S120818; a 2004 Chevrolet Colorado Truck 1GCDT136048222172; a 2004 Lexus LS 430 VIN JTHBN36F840153933; four Breitling watches, serial numbers 437469, 437848, 780889, and 3631224; a 6 ct. round diamond ring; a 1.66 ct. sapphire; a 1.12 ct. diamond ring; a diamond and platinum ring; three diamond rings; a men's Avenger Chronometer; a 2.54 ct. sapphire necklace; and a set of hoop earrings.**

**SEIZURE WARRANT**

CASE NUMBER:

05 - 0609 M - 01

TO:  __Special Agents of IRS CRIMINAL INVESTIGATION__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Randy Gregory__ who has reason to

Affiant

believe that in the Eastern District of North Carolina there is now certain property which is subject to forfeiture to the United States, namely

    A. One 2004 Toyota Sienna VIN 5TDZA22CX4S120818 purchased by or on behalf of STEIN'S spouse on or about February 9, 2004;

    B. One Chevrolet Colorado Truck VIN 1GCDT136048222172 purchased by or on behalf of STEIN on or about October 8, 2004;

    C. One 2004 Lexus LS 430 VIN JTHBN36F840153933 purchased by or on behalf of Stein's companion on or about April 30, 2004;

    D. Two bank accounts at Bragg Mutual Federal Credit Union Fayetteville, North

Carolina, account numbers 3366588 and 4282589, in the name of STEIN and/or his spouse, and all proceeds traceable thereto; and

  E. One bank account at First Citizens Bank, Raleigh, North Carolina, account number 000348807327, in the name of Esther Crane, and all proceeds traceable thereto; and

  F. Jewelry purchased by or on behalf of STEIN, identified as follows:

    1. Two Breitling watches, serial numbers 437469 and 437848, purchased on or about January 31, 2004, for approximately $3,200 each;

    2. One Breitling watch, serial number 3631224, purchased on or about March 5, 2004, for approximately $3,200.

    3. A 6 ct. round diamond ring purchased on or about March 17, 2004, for approximately $6,900;

    4. A 1.66 ct. sapphire and 1.12 ct. diamond ring purchased on or about March 17, 2004, for approximately $3,400;

    5. A diamond and platinum ring purchased on or about April 21, 2004, for approximately $13,878.50;

    6. One diamond ring purchased on or about December 22, 2004, for approximately $46,000;

    7. One diamond ring setting purchased on or about December 22, 2004, for approximately $7,757.

    8. One diamond ring setting purchased on or about December 22, 2004, for approximately $6,215.

    9. One Men's Avenger Chronometer on or about December 22, 2004, for approximately $287.37.

    10. One Breitling watch, serial number 780889, purchased on or about February 17, 2005, for approximately $3,200;

    11. One 2.54 ct. sapphire necklace purchased on or about February 17, 2005, for approximately $6,000; and

12. One set of hoop earrings purchased on or about February 17, 2005, for approximately $425.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to

_____ as required by law.

U.S. Judge or Magistrate

November ___, 2005, at Washington, D.C., at _10 45_ a.m./p.m.

NOV 15 2005

Name and Title of Judicial Officer
Officer    ALAN KAY
U.S. MAGISTRATE JUDGE

Signature of Judicial

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/15/05 | 11/15/05 & 11/17/05 AT VARIOUS TIMES | ROBERT STEIN |

INVENTORY MADE IN THE PRESENCE OF PATRICK McKENNA, KATHY MONTEMORRA & TIM REILLY GUS SCHMIDT & IVETTE DOUGLAS

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 - 2004 TOYOTA SIENNA VIN# 5TDZA22CX45128818
1 - 2004 CHEVROLET COLORADO TRUCK VIN# 1GCDT136048222172
1 - 2004 LEXUS LS 430 VIN# JTHBN36F840153933
PROCEEDS FROM BRAGG MUTUAL CREDIT UNION - V# 086868, $26,735.42 & V# 086869, $292.16
PROCEEDS FROM 1st CITIZEN BANK - V# 068828589, $197,170.54
1 - 6 CT. DIAMOND BRACELET PURCHASED ON 3/17/04.
1 - 1.66 CT SAPPHIRE & 1.12 CT DIAMOND RING PURCHASED ON 3/17/04.
1 - DIAMOND AND PLATINUM RING PURCHASED ON 4/21/04.
1 - DIAMOND NECKLACE PURCHASED ON 12/22/04
1 - DIAMOND BRACELET PURCHASED ON 12/22/04
1 - DIAMOND RING PURCHASED ON 12/22/04
1 - BREITLING WATCH MODEL# 780889
1 - 2.54 CT SAPPHIRE NECKLACE ON 2/17/05
1 - SET OF HOOP EARRINGS PURCHASED ON 2/17/05

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x Randy Gregory

**FILED**

DEC 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

John Facd
U.S. Judge or Magistrate     Date     12/19/05

39